Rick Van Thiel
5516 Boulder Hwy. Ste. 2F-306
Las Vegas, NV 89122
702.488.2114
*Pro se*



United States District Court

District of Nevada

Rick Van Thiel,           ) Case No.  2:12-cv-01690-PMP-PAL
                          )
       Plaintiff,         )
                          )
    -vs-                  ) **DISMISSAL WITHOUT PREJUDICE.**
                          )
Julie Marie Wise,         )
                          )
and 20 Does,              )
                          )
       Defendants.        )

Comes now Rick Van Thiel, one of the People of these United States and in this court of record voluntarily dismisses this claim without prejudice, with all rights reserved and waives none.

IT IS SO ORDERED.

Rick Van Thiel

_____         _____
PHILIP M. PRO                     Plaintiff, Pro se
U.S. DISTRICT JUDGE
                                  19 May 2013

Dated:  May 28, 2013.